# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEAN ENERGY MANAGEMENT SOLUTIONS, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,<br><br>                Defendant. | C.A. No. 18-607-MN |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Clean Energy Management Solutions, LLC and defendant UTC Fire & Security Americas Corporation, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate, subject to the approval of the Court, that all claims and counterclaims in this action be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **STAMOULIS & WEINBLATT LLC** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Richard C. Weinblatt* | */s/ Robert M. Vrana* |
| Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt #5080<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Karen L. Pascale (#2903)<br>Robert M. Vrana (# 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiff*<br>*Clean Energy Management Solutions, LLC* | *Attorneys for Defendant UTC Fire & Security Americas Corporation, Inc.* |

IT IS SO ORDERED, this \_\_\_\_\_ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE